IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Roger Daub; Richard Denzel; Russell T. Forstner, son and representative of Stanley J Forstner; Boyd Gilchrist; Robert Glasser; Bonnie M. Pittman, daughter and representative of Alvin Johnson; Martin Ketterling; Karla Stenberg, daughter and representative of Ben Klein; Donald Loeb, son and representative of Teanus Loeb; Walter Popke; and Gale Welch, daughter and representative of Frank Willson;<br><br>Plaintiffs,<br><br>vs.<br><br>Owens-Illinois, Inc., and S.O.S. Products,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER SETTING TRIALS**<br><br>Case Nos.:  1:89-cv-103<br>1:89-cv-104<br>1:89-cv-105<br>1:89-cv-106<br>1:89-cv-107<br>1:89-cv-111<br>1:89-cv-113<br>1:89-cv-115<br>1:89-cv-120<br>1:89-cv-126<br>1:89-cv-127 |

A status conference was held on August 22, 2012, during which the parties apprised the Court of the state of settlement negotiations and the prospects for trial. During the conference, counsel for all parties involved expressed to the Court their preference as to how trials should be consolidated, if at all, in these matters. After considering the parties' input, the Court has concluded that the most appropriate trial schedule is as follows, and hereby **ORDERS** under Fed. R. Civ. P. 42:

- Plaintiffs Richard Denzel and Boyd Gilchrist shall be joined for a jury trial against defendants Owens-Illinois, Inc. and S.O.S. Products, which will begin at **9:30 a.m. on October 2, 2012 in Fargo, North Dakota;**

- Following the conclusion of that trial, plaintiffs (or their representatives) Roger Daub, Stanley J Forstner, Alvin Johnson, and Ben Klein shall be joined for trial against defendant Owens, Illinois, Inc.;

- Following that trial, plaintiffs (or their representatives) Robert Glasser, Martin Ketterling, Donald Loeb, Walter Popke, and Frank Willson shall be joined for trial

1

against defendant S.O.S. Products.;

If the parties have any objections to this grouping and order of trials, simultaneous briefs should be submitted to the Court no later than September 13, 2012.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2012.

    /s/   Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court